# EXHIBIT A

| | |
|---|---|
| County Court: Denver County, Colorado<br>Court Address: Denver County Court, 1437 Bannock Street #135,<br>Denver CO 80202<br><br>Plaintiff(s): Melissa Dinion<br><br>v.<br><br>Defendant(s): Synchrony Bank/Care Credit (Syncb) | Filed in the County Court<br>City & County of Denver, Colorado<br><br>JAN 2 9 2020<br><br>CLERK OF COURT<br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Melissa Dinion: 1635 Madison Street, Denver CO 80206<br><br>Phone Number: 208-794-1832   E-mail: melissa@drmelissaluke.com<br>FAX Number:                Atty. Reg. #: | Case Number: 20C60112<br><br>Division        Courtroom 170 |

**COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE**

1. Synchrony Bank, defendant, is incorporated in New Castle County, with a post office address of registered agent at 1209 Orange Street, City of Wilmington, State of Delaware.

2. The amount claimed herein does not exceed the jurisdiction of the court.

   **OR**

3. The amount claimed from Synchrony Bank, defendant(s), is fifteen thousand four hundred dollars and zero cents ($15,400.00), together with proper interest, costs and any other items allocable by statute or specific agreement.

4. Such claim arises from the following event(s) or transaction(s):

   <u>False reporting under the Fair Credit Reporting Act</u>

   _____The Defendant(s)  (are)  X (are not)  in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: (State facts concerning military status of the Defendant(s), if the military status of the Defendant(s) is (are) not known, so state here.)

5. The Plaintiff(s) ☐ does (do) X☐ does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

☐ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☒☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

Note: All Plaintiffs filing this complaint must sign, unless the complaint is signed by an attorney.

_/s/ MM_____              _____
Signature of Plaintiff(s)                                                          Signature of Attorney for Plaintiff(s) (if applicable)

Address(es) of Plaintiff(s) 1635 Madison Street, Denver CO 80206

Telephone Number(s) of Plaintiff(s) 208-794-1832

CRCCP FORM 2 SC   3-18   COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE